People v Womack (2023 NY Slip Op 06657)

People v Womack

2023 NY Slip Op 06657

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, NOWAK, AND DELCONTE, JJ.

933 KA 22-01444

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
KORANE WOMACK, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (JANE I. YOON OF COUNSEL), FOR DEFENDANT-APPELLANT. 
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (MARTIN P. MCCARTHY, II, OF COUNSEL), FOR RESPONDENT. 

 Appeal from a resentence of the Supreme Court, Monroe County (John J. Ark, J.), rendered May 16, 2022. Defendant was resentenced upon his conviction of criminal sexual act in the first degree and criminal sexual act in the third degree. 
It is hereby ORDERED that the resentence so appealed from is unanimously affirmed.
Same memorandum as in People v Womack ([appeal No. 1] — AD3d — [Dec. 22, 2023] [4th Dept 2023]).
Entered: December 22, 2023
Ann Dillon Flynn
Clerk of the Court